UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VERSUS | CRIMINAL |
| MATTHEW MAURICE BROWN | NO. 09-155-JJB-CN |

### NOTICE TO COUNSEL

Because of a conflict in the court's schedule, the guilty plea previously set for Thursday, May 27, 2010 at 10:30 a.m. is RESET to Tuesday, June 1, 2010 at 10:30 a.m. in Courtroom One.

Baton Rouge, Louisiana, <u>May 21, 2010</u>.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

By: *Suzie Edwards*
Suzie Edwards
Courtroom Deputy

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.*